## Armstrong et al., Appellants, *v.* Espy et al.

*Equity—Equity practice—Interlocutory decree—Demurrer—Appeals.*

A decree in equity " demurrer sustained," is an interlocutory and not a final one, and no appeal lies from it.

Argued Nov. 1, 1907. Appeal, No. 112, Oct. T., 1907, by plaintiffs, from decree of C. P. No. 1, Allegheny Co., Dec. T., 1906, No. 33, on bill in equity in case of J. N. Armstrong et al. v. J. S. Espy et al. Before Fell, Brown, Mestrezat, Potter, Elkin and Stewart, JJ. Appeal quashed.

Bill in equity for an account.

The court entered the following order :

" April 30, 1907, on Argument List, and demurrer sustained."

*Error assigned* was the decree of the court, quoting it.

*Harvey A. Miller,* with him *U. G. Vogan,* for appellants.

*John Rebman, Jr.,* with him *J. W. Kinnear* and *J. D. Brown,* for appellees.

OPINION BY MR. JUSTICE BROWN, January 6, 1908:

There is no final decree in this case. Appellants' bill was demurred to by the appellees and the demurrer was sustained. The order appealed from is simply, " Demurrer sustained." The court below may have intended to dismiss the bill, but did not do so; or it may have withheld such decree to allow the plaintiffs to move to amend their bill under equity rule 35. Be this as it may, there is no final decree before us. The bill is still pending below, and, until there is a final decree upon it, denying the appellants the relief sought, we cannot hear them.

Appeal quashed.